# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132421(92)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,
     Cross-Appellee,

v

BERNARD CHAUNCEY MURPHY,
     Defendant-Appellee,
     Cross-Appellant.
_____

SC: 132421
COA: 258397
Wayne CC: 04-001084-01

On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing his brief is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2007 _____ _____
                                                Clerk